**Order filed June 7, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01003-CV
_____

**JOHN E. HART, Appellant**

**V.**

**DISCOVER BANK, Appellee**

On Appeal from the Co Civil Ct at Law No 1
Harris County, Texas
Trial Court Cause No. 975329

## O R D E R

On April 19, 2012, this court ordered appellant to file an amended brief on or before May 21, 2012**.** No brief or motion for extension of time has been filed.

Unless appellant filed his amended brief with the clerk of this court on or before **June 25, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM